

HENRY L. KIM*
CELINA M. CHO**
SEOUNG (JOSHUA) Y. LIM*
HYUNG (JAMES) S. KIM*
ARTHUR M. O'LEARY*
KENDAL SIM*

* Admitted in NY & NJ
** Admitted in AZ only

# KIM, CHO & LIM, LLC
Attorneys at Law

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
TEL 201.585.7400   FAX 201.585.7422

January 19, 2017

United States District Court
Southern District of New York
ATTN: HONORABLE SARAH NETBURN, U.S.M.J.
500 Pearl Street
New York, NY 10007

   RE: MENDEZ, ET AL. v. K & Y PEACE CORP., ET AL
   CASE NO.: 1:16-cv-5562

Dear Judge Netburn:

  Kindly be advised that this office represents KYUNG HWA SONG in the above-referenced matter. The undersigned writes to advise the reason why this pleading was not immediately re-filed via the ECF system.

  Upon making the revision as requested by the Clerk, there was an issue which prevented this office from properly linking the responsive pleadings to the second amended complaint (ECF #27) and the cross-complaint (ECF #30). This office reached out to the ECF Help Desk and was advised that there was a "mapping" issue, which is now resolved. Further, this office had contacted Plaintiffs' counsel to explain the situation, to which Plaintiffs' counsel was quite understanding and courteous. The undersigned apologizes for any inconvenience this delay has cause.

  Thank you, Your Honor, for your time and consideration with this matter.

             Respectfully submitted,

             Seoung (Joshua) Y. Lim

SYL/ks