UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIRIAM MENDEZ, et al.,

                              **Plaintiffs,**                    16-CV-05562 (SN)

                -against-                                      **ORDER**

K & Y PEACE CORP., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A telephone conference is scheduled for Monday, November 18, 2019, at 10:00 A.M. to discuss the settlement issues raised in the parties' November 8, 2019 letter ECF No. 228. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     November 12, 2019
                  New York, New York

cc:        Kwan Chi (*by Chambers*)
           11 Jean Ct.
           Old Tappan, NJ 07675

           Sun Mi Chi (*by Chambers*)
           11 Jean Ct.
           Old Tappan, NJ 07675

           Susanne Toes Keane, Esq., limited-scope counsel for Sun Mi Chi – via email

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019