UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MIRIAM MENDEZ, et al.,

                      **Plaintiffs,**                  16-CV-05562 (SN)

            -against-                      **ORDER**

**K & Y PEACE CORP., et al.,**

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The telephone conference currently scheduled for Monday, November 18, 2019, at 10:00 a.m. is RESCHEDULED to 11:00 a.m. the same day. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 14, 2019
             New York, New York

cc:      Kwan Chi (*by Chambers*)
         11 Jean Ct.
         Old Tappan, NJ 07675

         Sun Mi Chi (*by Chambers*)
         11 Jean Ct.
         Old Tappan, NJ 07675

         Susanne Toes Keane, Esq., limited-scope counsel for Sun Mi Chi – via email