USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAM MENDEZ, CAROLINA LIZBETH GAVILANES CORTAZA, MARCO CRUZ, NOE ALFREDO FRANCISCO AVILA, and JORGE LOPEZ GALINDO (a/k/a Nico Gonzalez), *individually and on behalf of others similarly situated*, <br><br> Plaintiffs, <br><br> -against- <br><br> K & Y PEACE CORP. (d/b/a BLACKSMITH CAFÉ), SUN MI CHI, and KYUNG H. SONG, <br><br> Defendants. | Index No.: 16-cv-5562-SN <br><br> CIVIL ACTION <br><br> JUDGMENT BY CONSENT |
| KYUNG H. SONG, <br><br> Cross-Claimant, <br><br> -against- <br><br> K & Y PEACE CORP. (d/b/a BLACKSMITH CAFÉ) and SUN MI CHI, <br><br> Cross-Defendants. | |
| KYUNG H. SONG, <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> KWAN CHI and NY ORANGE MARKET INC., <br><br> Third-Party Defendants. | |

**WHEREAS,** the Cross-Claimant, Kyung H. Song, has filed cross-claims against the Cross-Defendants, Sun Mi Chi and K & Y Peace Corp, alleging, *inter alia*, fraud and unjust enrichment;

**WHEREAS,** there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b).

WHEREAS, Cross-claimant and Cross-Defendants have resolved the issues raised in by way of cross-claims and have come to an agreement with respect to a judgment to be entered against Cross-Defendants and in favor of Cross-Claimant;

IT IS ON THIS __22__ day of _____November_____, 2019;

ORDERED, ADJUDGED, AND DECREED that a judgment in the amount of $50,000.00, inclusive of all reasonably attorneys' fees and costs, shall be entered against Cross-Defendants, Sun Mi Chi and K & Y Peace Corp, and in favor of Cross-Claimant Kyung H. Song.

DATED: November 22, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

**WE SO MOVE:**

_____ Dated: 11/21/2019
Seokchan Kwak, Esq.
Kim, Cho & Lim, LLC
*Attorneys for Cross-Claimant*
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
T: (201) 585-7400
F: (201) 585-7422
joshualim@kcllawfirm.com

**WE SO CONSENT:**

_____ Dated: 11/21/2019
Sun Mi Chi
11 Jean Court
Old Tappan, NJ 07675
T: (201) 708-5244