UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIRIAM MENDEZ et al.,

                           Plaintiffs,                      16-CV-05562 (SN)

          -against-                            **ORDER**

K&Y PEACE CORP., et al.,

                           Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      For the reasons stated at the status conference held December 5, 2019, the parties are ORDERED to file a final proposed settlement agreement no later than Tuesday, December 11, 2019. No extensions of time will be granted.

      The plaintiffs are further directed to file a letter accompanying the final proposed settlement explaining why this settlement is fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), including an accounting of attorney's fees and the basis for their award. If any plaintiffs are _not_ signatories to the proposed settlement, the Court will consider whether to dismiss those plaintiffs for failure to prosecute under Rule 41. Both parties may address by letter whether absent plaintiffs should be dismissed with or without prejudice.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    December 5, 2019
               New York, New York

cc: Kwan Chi (*by Chambers*)
11 Jean Ct.
Old Tappan, NJ 07675

Sun Mi Chi (*by Chambers*)
11 Jean Ct.
Old Tappan, NJ 07675

Susanne Toes Keane, Esq., limited-scope counsel for Sun Mi Chi – *by email*