USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIRIAM MENDEZ, et al.,

                **Plaintiffs,**

     -against-

**K & Y PEACE CORP., et al.,**

                **Defendants.**

-----------------------------------------------------------------X

16-CV-05562 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on December 23, 2019, submitted an amended proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 240. Having reviewed the proposed settlement, and the affidavits submitted in connection with the Court's January 3, 2020 Order, the Court determines that the settlement is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Clerk of Court is respectfully directed to close the open motions at Dkt. Nos. 237 and 238 and to close the case.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     January 9, 2020
                New York, New York

cc:         Kwan Chi (*by Chambers*)
             11 Jean Ct.
             Old Tappan, NJ 07675

Sun Mi Chi (*by Chambers*)
11 Jean Ct.
Old Tappan, NJ 07675

Susanne Toes Keane, Esq., limited-scope counsel for Sun Mi Chi – *by email*